IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 99-CR-00118 N

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  HEATHER MARIE MULLINS,

    Defendant.

---

## ORDER CONCERNING RESTITUTION

---

    This matter comes before the court on defendant's letter dated June 10, 2008 (which the court construes as a motion) requesting that the court relieve her of any remaining restitution (#73). Upon review of the file, consideration of defendant's letter, and investigation by the court's Probation Department, the court finds that defendant's term of probation expired five years ago. The court's order required her to pay full restitution as a condition of probation, and defendant is no longer under the jurisdiction of this court, probation having expired. Accordingly, it is the court's view that it is without jurisdiction to grant the relief requested, although Defendant should understand that future discontinuance of payments would not subject her to any action for revocation of probation. Her continued payment of restitution is a matter solely between her and the financial litigation unit of the United States Attorney's office.

    Accordingly, it is

**ORDERED** that the requested relief is DENIED, the Court having lost jurisdiction.

Dated this 28th day of August, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge